# United States Distric Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

**ROBERT S. WYLIE**
**Address Unknown**

CASE NUMBER : **1:94cr395**

**FILED**

JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ROBERT S. WYLIE** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court__Violation Notice_X__ Supervised Release Violation Petition

charging him or her with (brief description of offense):

- See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

**Amy Giannetti-Gillespie**
Name of Issuing Officer

Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**August 18, 2004**
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $__No Recommendation__

by__The Honorable Claude M. Hilton__

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 8·18·04 | Sean McLeod SDUSM | S - D. M/Ll |
| Date of Arrest 7·21·05 | | |