Prob 12
(Mod. for E.VA 2/00)

## UNITED STATES DISTRICT COURT
### for
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. WYLIE, Robert S.                    Docket No. 1:94CR00395-002

### Petition on Supervised Release

COMES NOW Barry E. Raymond, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert S. Wylie, who was placed on supervision by the Honorable Albert V. Bryan, Jr. sitting in the Court at Alexandria, Virginia, on the 20rd day of January, 1995, who fixed the period of supervised release at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall participate in a program approved by the probation office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

DOB:                                    FBI NO.:
SEX:                                    SSN:
RACE:                                   ADDRESS:

PRAYING THAT THE COURT WILL ORDER a warrant be issued directing the offender to appear before the Court for a hearing on violation of supervised release.

ORDER OF COURT                          Respectfully,

Considered and ordered this 17th day
of Aug, 2004 and ordered
filed and made a part of the records                Donald L Rop, Supervising USPR
in the above case.                      Barry E. Raymond
                                        Senior U.S. Probation Officer

_____         Place Manassas, Virginia
Chief U.S. District Judge
                                        Date August 13, 2004

TO CLERKS OFFICE            A TRUE COPY, TESTE:
                            CLERK, U.S. DISTRICT COURT

                            _____
                            DEPUTY CLERK

Petition on Supervised Release
Page 2
RE: WYLIE, Robert S.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

OFFENSE: Armed Bank Robbery in violation of 18 U.S.C., § 2113(a) and (d) and §2 and Use of a Firearm during and in Relation to a Crime of Violence in violation of 18 U.S.C., § 924(c)(1) and (3) and §2.

SENTENCE: Bureau of Prisons for 117 months, 3 years supervised release, and a $100 special assessment fee. See page 1 for special conditions.

The defendant is in violation of the conditions of supervised release imposed by Judge Bryan on January 20, 1995, to wit:

Violation of General Condition: "**The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**"

Violation of Condition #3: "**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**"

On February 20, 2003, the offender completed his sentence imposed in the Eastern District of Virginia, and was transferred into the custody of the U.S. Parole Commission to serve a separate sentence on a parole violation.

On February 26, 2003, correspondence was mailed to the offender which advised him of his 3 year supervised release sentence and instructed him to report to the U.S. Probation Office within 72 hours of his release from custody.

Additionally, documentation received from the Bureau of Prisons dated January 8, 2003, reflects the offender's signature in which he acknowledged he was instructed to report to the probation office within 72 hours of his release.

The offender was released from the custody of the U.S. Parole Commission on June 18, 2004. The offender has not reported to the probation office as instructed and his whereabouts are unknown.

Consequently, it is recommended that a warrant be issued and the defendant be returned to Court for a hearing on violation of supervised release.

BER/ber

Petition on Supervised Release
Page 2
RE: WYLIE, Robert S.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

OFFENSE: Armed Bank Robbery in violation of 18 U.S.C., § 2113(a) and (d) and §2 and Use of a Firearm during and in Relation to a Crime of Violence in violation of 18 U.S.C., § 924(c)(1) and (3) and §2.

SENTENCE: Bureau of Prisons for 117 months, 3 years supervised release, and a $100 special assessment fee. See page 1 for special conditions.

The defendant is in violation of the conditions of supervised release imposed by Judge Bryan on January 20, 1995, to wit:

Violation of General Condition: "_The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons._"

Violation of Condition #3: "_The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer._"

On February 20, 2003, the offender completed his sentence imposed in the Eastern District of Virginia, and was transferred into the custody of the U.S. Parole Commission to serve a separate sentence on a parole violation.

On February 26, 2003, correspondence was mailed to the offender which advised him of his 3 year supervised release sentence and instructed him to report to the U.S. Probation Office within 72 hours of his release from custody.

Additionally, documentation received from the Bureau of Prisons dated January 8, 2003, reflects the offender's signature in which he acknowledged he was instructed to report to the probation office within 72 hours of his release.

The offender was released from the custody of the U.S. Parole Commission on June 18, 2004. The offender has not reported to the probation office as instructed and his whereabouts are unknown.

Consequently, it is recommended that a warrant be issued and the defendant be returned to Court for a hearing on violation of supervised release.